# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHALAMAR CARMON, | : No. 643 MAL 2014 |
| Petitioner | : <br> : |
| | : Petition for Allowance of Appeal from the <br> : Order of the Superior Court |
| v. | : <br> : <br> : <br> : |
| BRIAN COLEMAN, | : <br> : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.